

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00334-CV

**IN RE** Teresa L. **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
              Luz Elena Chapa, Justice
              Beth Watkins, Justice

Delivered and Filed: August 5, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On June 26, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P.52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 19-1453-CV-C, styled *Teresa Rodriguez v. Allstate Fire and Casualty Insurance Co.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old, III presiding.